**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALAN SHULMAN, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>CHROMATEX, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:CV-08-0229<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 9th day of October, 2012, **IT IS HEREBY ORDERED** that Defendants Feldspar Investments, LLC, Feldspar Properties, LLC, and Ronald W. Satterfield's First Motion for Reconsideration (Doc. 181) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants are liable to Plaintiffs for $4,567.00 in fees and expenses, as documented in the August 17, 2012 Statement of Fees and Expenses (Doc. 180), incurred in preparing for and attending the July 19, 2012 hearing. Payment shall be remitted to Plaintiffs **within ten (10) days** from the date of entry of this Order. Defendants' liability for the $4,567.00 in fees and expenses is joint and several.

                                                                                              /s/ A. Richard Caputo
                                                                                              A. Richard Caputo
                                                                                              United States District Judge