# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALAN SHULMAN, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 3:CV-08-0229 |
| v. | (JUDGE CAPUTO) |
| CHROMATEX, INC., *et al.*, | |
| Defendants. | |

## ORDER

**NOW**, this 13th day of November, 2012, **IT IS HEREBY ORDERED** that Defendants' request to compel discovery of Plaintiffs' financial and insurance information (Docs. 212; 215) is **GRANTED in part and DENIED in part**. Defendants' request to compel Plaintiffs to provide financial information about themselves is **DENIED**, but the request to compel production of information about Plaintiffs' insurance coverage is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs request for a protective order forbidding discovery into these matters (Doc. 214) is **GRANTED in part and DENIED in part**. The request for a protective order to prevent discovery of Plaintiffs' financial information is **GRANTED**, but the request for a protective order to prevent discovery of Plaintiffs' insurance coverage is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge